IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE F. CRUZ-HERNANDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN THOMAS, et al. | : | No. 12-0173 |

### **O R D E R**

AND NOW, this 27th day of March, 2012, upon consideration of the Petition for Writ of Habeas Corpus, **I HEREBY ORDER** that for the reasons set forth above, the Petition is **DISMISSED WITHOUT A HEARING.**

The Clerk of Court is hereby directed to mark this case closed.

    /s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.